TIM BYRON (SBN 277569)
tbyron@byronraphael.com
BYRON RAPHAEL LLP
100 Pine Street, Suite 1250
San Francisco, CA 94111
Telephone:   (415) 839-8500
Facsimile:   (213) 377-5771

JORDAN RAPHAEL (SBN 252344)
jraphael@byronraphael.com
BYRON RAPHAEL LLP
811 Wilshire Blvd., 17th Floor
Los Angeles, CA  90017
Telephone:   (213) 291-9800
Facsimile:   (213) 377-5771

Attorneys for Plaintiff
BARON APP, INC. d/b/a CAMEO

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BARON APP, INC. d/b/a CAMEO,<br><br>Plaintiff,<br><br>v.<br><br>OPENAI, INC., OPENAI GLOBAL, LLC, OPENAI, L.L.C., OPENAI OPCO, LLC, and OPENAI GP, L.L.C.,<br><br>Defendants. | Case No. 3:25-cv-9268<br><br>**PLAINTIFF'S NOTICE OF EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE WHY PRELIMINARY INJUNCTION SHOULD NOT ISSUE**<br><br>Date:   As soon as may be heard<br>Time:   As soon as may be heard<br>Place:  To be determined<br><br>**DEMAND FOR JURY TRIAL** |

| | |
|---|---|
| 1 | **TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:** |
| 2 | **PLEASE TAKE NOTICE** that as soon as this matter may be heard, Plaintiff Baron App, |
| 3 | Inc. d/b/a Cameo ("Cameo" or "Plaintiff") will and hereby does respectfully move this Court *ex* |
| 4 | *parte* for a temporary restraining order and order to show cause enjoining Defendants OpenAI, |
| 5 | Inc., OpenAI Global, LLC, OpenAI, L.L.C., OpenAI OpCo, LLC, and OpenAI GP, L.L.C. |
| 6 | (collectively, "OpenAI" or "Defendant") from further infringement and dilution of Plaintiff's |
| 7 | registered CAMEO® trademark and related trademark rights and requiring Defendant to appear |
| 8 | and show cause why a preliminary injunction should not issue enjoining such infringement and |
| 9 | dilution during the pendency of this case. |
| 10 | This Application is made pursuant to Rule 65 of the Federal Rules of Civil Procedure and |
| 11 | L.R. 65-1 and is based upon this Notice, the accompanying Memorandum of Points and |
| 12 | Authorities, the Declaration of Mackenzie O'Connor (and accompanying exhibits), the |
| 13 | Declaration of Tim Byron (and accompanying exhibits), all filed concurrently herewith, the |
| 14 | Court's files and records in this action, and upon any further evidence and argument that the |
| 15 | Court may receive at or before the hearing. |
| 16 | Pursuant to Civil Local Rule 65-1(a)(5), counsel for Plaintiff has certified that notice has |
| 17 | been provided to Defendant. *See* Byron Decl. ¶ 37 & Ex. 34 (filed concurrently). |

| | | |
|---|---|---|
| 1 | Dated: October 30, 2025 | Respectfully submitted, |
| 2 | | BYRON RAPHAEL LLP |
| 3 | | By:   */s/ Tim Byron* |
| 4 | |        TIM BYRON |

TIM BYRON (SBN 277569)
tbyron@byronraphael.com
BYRON RAPHAEL LLP
100 Pine Street, Suite 1250
San Francisco, CA 94111
Telephone:   (415) 839-8500
Facsimile:    (213) 377-5771

JORDAN RAPHAEL (SBN 252344)
jraphael@byronraphael.com
BYRON RAPHAEL LLP
811 Wilshire Blvd., 17th Floor
Los Angeles, CA  90017
Telephone:   (213) 291-9800
Facsimile:    (213) 377-5771

*Attorneys for Plaintiff*
BARON APP, INC. d/b/a CAMEO