# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARON APP, INC. d/b/a CAMEO, | Case No. 3:25-cv-9268 |
| Plaintiff, | **DECLARATION OF MACKENZIE O'CONNOR IN SUPPORT OF PLAINTIFF'S EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE WHY A PRELIMINARY INJUNCTION SHOULD NOT ISSUE** |
| v. | |
| OPENAI, INC., OPENAI GLOBAL, LLC, OPENAI, L.L.C., OPENAI OPCO, LLC, and OPENAI GP, L.L.C., | |
| Defendants. | |

I, Mackenzie O'Connor, declare under penalty of perjury under the laws of the United States of America pursuant to 28 U.S.C. § 1746 that the following is true and correct:

1. I have been employed at Baron App, Inc. d/b/a Cameo ("Cameo" or "Plaintiff") since 2018. Currently, I am Cameo's Chief of Staff (a position I have held since July 2023) and Vice President Operations (a position I have held since March 2025). I have previously worked for Cameo in talent acquisition, user experience management, talent success, talent growth marketing, product operations, and production management roles. Through these positions, I have been involved with and have insight into nearly every aspect of Cameo's business. The information set forth herein is based on my personal knowledge, and, if called to testify, I could and would testify competently thereto.

2. Cameo is a digital marketplace founded in 2017 that enables users to request personalized videos from celebrities, athletes, influencers, and other public figures. Through its website (cameo.com) and iOS and Android mobile apps (both called Cameo), Cameo offers a curated marketplace where talent (celebrities, athletes, influencers, and anyone else interested in using the marketplace as a creator) can set their own prices, record custom videos, and interact directly with fans. Cameo's mission is "to create the most personalized and authentic fan experiences on Earth."

3. Cameo users can begin the process by browsing its extensive catalog of talent, which includes thousands of well-known personalities from film, television, music, sports, and social media. Users can also find talent on Cameo via social media posts and web searches. A typical celebrity profile features sample videos, pricing, response time, and customer reviews. Once a user selects a creator, they submit a request with specific instructions or personal details to be included in the video. For example, a user can ask the creator to wish a friend a happy birthday, deliver a marriage proposal, answer questions, conduct a tarot reading, or read from a prepared script.

4. After the request is submitted, it is directed to the celebrity, who may choose to accept or decline the booking. If accepted, the Cameo app allows the celebrity to use his or her phone to record or upload a personalized video, and the user receives a notification when it is

ready. Cameo videos are vertically formatted for seamless viewing on mobile devices and sharing on social media.

5. For celebrities and other public figures, Cameo offers a streamlined and empowering way to connect with fans while building their personal brand. After signing up and creating a profile, talent can set their own price for personalized videos and customize how they engage with requests. The Cameo service provides tools to manage incoming orders, record videos directly from a mobile device, and respond to fans in a way that feels authentic and manageable. Many talent describe the experience as rewarding, fun, and creatively fulfilling—allowing them to surprise fans, support causes, or simply share a moment of joy.

6. Cameo's service is designed to foster authentic, memorable interactions between fans and celebrities, often resulting in viral content that spreads across TikTok, Instagram, and Twitter/X.com.

7. A wide range of celebrities have used Cameo to connect with their fans including: Jake Paul, Snoop Dogg, Tony Hawk, Lindsay Lohan, Sarah Jessica Parker, Jennifer Love Hewitt, Mike Tyson, Penn Jillette (of Penn and Teller), Ice T, Lance Bass, Kenny G, Lisa Loeb, Jon Bon Jovi, Jennifer Garner, Vanilla Ice, LeAnn Rimes, Jason Alexander, Chuck Norris, Donald Trump, Jr., Edward James Olmos, Sarah Palin, Nigel Farage, Freddie Prinze Jr., Survivor's "Boston Rob," Ray Lewis, Magic Johnson, Brett Favre, Wesley Snipes, Kareem Abdul-Jabbar, Fran Drescher, Sean Astin, Ernie Hudson, Dennis Rodman, Keith Hernandez, Lenny Dykstra, and Gabby Douglas. These personalities have helped elevate the Cameo brand's visibility and cultural relevance.

8. Cameo's success is driven by its distinctive business model and the emotional resonance of its product. Cameo customers worldwide have made over 10 million magical moments (including consumer videos, business endorsements, and direct messages), ranging from birthday greetings and marriage proposals to business endorsements and direct fan interactions. Users frequently describe Cameo videos as "unforgettable," "hilarious," or "heartwarming," and the brand has cultivated a loyal user base that returns again and again for new occasions and new talent. Indeed, the Cameo name has become synonymous with personalized celebrity videos and

1  the joy they bring.

2  9. Cameo and its service have been featured in thousands of media articles and reports, and profiled in numerous national news media outlets, including The New York Times, Time magazine, Forbes, National Public Radio, The Washington Post, Rolling Stone, Wired, Cosmopolitan, and The New Yorker. In October 2018, Time magazine named Cameo one of the "50 Most Genius Companies." Fast Company named Cameo one of the "10 Most Innovative Social Media Companies of 2020."

10. Cameo is also frequently featured on television, including on Saturday Night Live (three times), The Simpsons (twice), Entertainment Tonight, Jeopardy ("This app lets fans buy personalized videos from celebs like Ruth Buzzi for $225"), Abbott Elementary, South Park, Last Week Tonight with John Oliver, Jimmy Kimmel Live!, Family Guy, the Ellen DeGeneres Show, Entertainment Tonight, and BBC News. Below are screenshots showing Cameo on some of these television programs:



**Cameo on The Simpsons (Oct. 16, 2022)**



**Cameo on Saturday Night Live (Oct. 18, 2025)**



**Cameo on Entertainment Tonight (Sept. 12, 2018)**

**Cameo on BBC World News (June 28, 2018)**

11. Attached as **Exhibit 1** and **Exhibit 2** are true and correct copies of logs of Cameo's notable media placements from Cameo's records. Attached as **Exhibit 3** is a true and correct copy of a log, also from Cameo's records, of Cameo media mentions from July 2025 to October 2025. Attached as **Exhibit 4** are true and correct copies of printouts of media articles about Cameo.

12. In 2019, Cameo launched Cameo for Business, a service that gives companies big and small the opportunity to create custom ads on Cameo. Brands including Topo Chico, Velveeta, Western Union, and Zenni have used Cameo for Business for ads and social media promotions. Below are screenshots of the Cameo for Business offering:





**Cameo for Business**

O'CONNOR DECL. ISO EX PARTE APP.
FOR TRO AND ORDER TO SHOW CAUSE

13. In 2022, Cameo launched Cameo Kids, which allows customers to purchase personalized AI-generated videos featuring beloved animated characters via licenses with franchises like Sesame Street, PAW Patrol, and Care Bears. Since its inception, the service has generated over ten thousand videos to delight young fans. Below is a screenshot of the Cameo Kids offering:



**Cameo Kids**

14. In 2023, Cameo opened its talent enrollment process to allow nearly anyone to join the marketplace as talent, subject to basic eligibility criteria and identity verification. This brought thousands of new creators to Cameo as talent—including tarot readers, song composers, ASMR artists, and puppeteers.

15. Cameo also recently introduced generative AI in various aspects of its core business, from using AI to create review summaries and talent descriptions to deploying a chatbot with a generative AI search function for its site and help center to assist consumers in creating the ideal personalized video. Cameo also permits talent to use generative AI in videos so long as it

O'CONNOR DECL. ISO EX PARTE APP. FOR TRO AND ORDER TO SHOW CAUSE

is clearly and conspicuously disclosed in the videos and the talent's page is clear about what customers are receiving.

16. As discussed further below, Cameo heavily promotes its service via social media. Cameo's social media posts have generated more than 100 million views in the past year alone.

   a. Cameo operates an account under the account name @cameo on the social media platform TikTok. Cameo's TikTok account currently has 1,405,728 followers. Over the past year, Cameo's TikTok posts have been viewed approximately 107 million times and received approximately 12 million likes. A 47-second video posted by Cameo showing the wide range of Harry Potter actors available on Cameo has been watched 3.9 million times and generated 3,581 user comments.
   b. Cameo also operates an account on the social media platform Instagram using the account name @cameo. Cameo currently has 443,548 Instagram followers. Over the past 90 days, Cameo's Instagram posts have been viewed approximately 22 million times and liked 253,092 times.
   c. Additionally, Cameo operates an account on the social media platform X.com/Twitter under the account name @bookcameo. On X.com, Cameo currently has 50,500 followers. Over the past year, Cameo's X.com posts have generated approximately 18.3 million views and 179,600 likes.

17. Notably, the social media statistics cited above relate only to posts made by Cameo, and do not include posts made by individuals that order or receive Cameo videos. Many Cameo videos users have shared to social media have been viewed more than one million times.

18. As a result of Cameo's consistent and pervasive promotion in social media and online, the public and the news media frequently use "Cameo" and "Cameo videos" as shorthand for the personalized videos from Cameo's marketplace, as shown in the screenshot from the October 18, 2025 episode Saturday Night Live episode (above). Attached as **Exhibit 5** is a collection of examples of media and public usage of the terms "Cameo" or "Cameo videos" to refer to personalized videos from Cameo's marketplace.

19. I understand that Jake Paul, Ricky Berwick, and Amouranth have all made their

1   virtual likenesses available for use in OpenAI's Sora-generated videos.  All three are current or
2   former talent on Cameo's marketplace.  Jake Paul was one of the first high-profile celebrities to
3   join Cameo's service.  Ricky Berwick is currently one of the most popular celebrities on Cameo,
4   and has produced more than 3,000 Cameos for fans.  And online streamer Amouranth has been
5   active on Cameo's marketplace since 2021.  Also on Cameo's marketplace is Shark Tank star
6   Kevin "Mr. Wonderful" O'Leary, who has made 1,307 personalized Cameo videos for fans.
7   Below are screenshots of each of their talent pages on Cameo.com:



**Jake Paul on Cameo.com**



Ricky Berwick on Cameo.com

O'CONNOR DECL. ISO EX PARTE APP.
FOR TRO AND ORDER TO SHOW CAUSE



**Amouranth on Cameo.com**



**Kevin O'Leary on Cameo.com**

20. Cameo's iOS and Android apps have been downloaded millions of times and reviewed over 50,000 times with an average rating of 4.9/5 and 4.8/5 on iOS and Android, respectively. Cameo for iOS is currently selected by Apple as an "Editor's Choice" app.

O'CONNOR DECL. ISO EX PARTE APP.
FOR TRO AND ORDER TO SHOW CAUSE

21. Cameo has a customer service system that is accessible via email and via a chat function for users who are signed in on Cameo's website. Customer issues and inquiries are typically addressed first by Cameo's AI agent, and then, if necessary, by a human technical representative. Cameo's customer service system retains logs of all communications made through the system.

22. On October 13, 2025, Cameo's customer service system received an email from a user having issues with age verification. After further inquiry from Cameo, it became clear that this person was having an issue not with Cameo's app and marketplace, but with OpenAI's Sora product, as the user responded: "sora things im a teen and there fore I cant make videos with my own cameo." After Cameo's representative explained that Sora is not a Cameo product and recommended the user reach out to OpenAI, the user responded: "Oh alright chat gpt told me to message this mail lol." Attached as **Exhibit 6** is a true and correct copy of the communications with this user from October 13, 2025 to October 17, 2025.

23. Cameo measures the performance of its CAMEO trademark and brand in a number of ways. One such method is by analyzing Google search data for search queries that include the word "cameo." For example, Google tracks impressions (the number of times Cameo.com shows up in Google search results), clicks (the number of times users click on links to Cameo.com within search results), and average search position (how close Cameo.com places to the top of search results, with "1" meaning Cameo.com is always the first result), and reports this information to Cameo. Google also tracks and reports click-through rates ("CTRs"), the percentage of users who click through to Cameo.com after querying "cameo" in Google.

24. Cameo has historically shown extremely high brand awareness among those searching for its marks. For the year ended September 30, 2025, Google search queries including the term "cameo" resulted in over 10 million impressions for Cameo links, with an "average position" of 1.3 (meaning that Cameo was most often the first search result). For the same period, search queries for the term "cameo" alone resulted in over 7.5 million impressions for Cameo links, with a 1.2 average search position.

25. This brand awareness has also been reflected in the rate of click-throughs that the

company receives from search traffic. Just prior to the launch of the new Sora app and its "Cameos" feature, on September 29, 2025, Cameo's CTR for the prior 24 hours for "cameo" was 44.6% and for search queries including "cameo" was 47.6%. These CTRs show that during this 24-hour period, a very high percentage of people using Google to search for "cameo" (either by itself or as part of a search string) were actually searching for Cameo. In other words, these CTRs show that Google users closely associate the word "cameo" with Cameo and its brand.

26. Since the launch of OpenAI's "Cameos" feature, however, Google's reporting shows that Cameo has suffered a material reduction in such association. For example, on October 29, 2025, Cameo's 24-hour CTR for the search query "cameo" was 37.4%, compared to 44.6% on September 29, 2025. From a brand health perspective, these numbers indicate that Google users' association of the word "cameo" with Cameo and its brand may already be declining.

27. It is my belief that OpenAI's continued use of "Cameo" within its Sora app is likely to cause irreversible damage to Cameo and its brand. Cameo has dedicated nearly a decade to ensuring its CAMEO trademark and brand are closely connected in the consumer's mind with authentic celebrity-fan interactions. Through this careful brand stewardship, Cameo has built a brand that is famous all over the world.

28. OpenAI's continued use of "Cameo" is particularly harmful to Cameo because, as mentioned above, Cameo's mission is "to create the most personalized and authentic fan experiences on Earth." For more than eight years, the Cameo brand has been built on *authentic* personal fan interaction. Whereas fans used to connect with celebrities by collecting autographs, Cameo gives fans new ways to feel a much deeper connection with celebrities and other noteworthy people. But like autographs, these moments are only magical if they are authentic. If OpenAI is permitted to continue to use "Cameo" for AI-generated videos, the public will quickly associate "Cameo" with celebrity deepfakes and other AI slop. This would be disastrous to the Cameo brand and trademark.

29. It is especially damaging to Cameo that OpenAI launched its new "Cameo" service in the fall, as the November-December holiday gifting season is Cameo's highest-revenue period of the year.

Executed this 30th day of October 2025 in Chicago, Illinois.

By: /s/ Mackenzie O'Connor
Mackenzie O'Connor