UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARON APP, INC. D/B/A/ CAMEO,<br><br>Plaintiff,<br><br>v.<br><br>OPENAI, INC., et al.,<br><br>Defendants. | Case No. 25-cv-09268-EKL<br><br>**TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE WHY PRELIMINARY INJUNCTION SHOULD NOT ISSUE** |

On November 21, 2025, the Court granted Plaintiff's application for a temporary restraining order. Therefore, IT IS HEREBY ORDERED that Defendants and all of their officers, directors, and employees are immediately restrained and enjoined as follows:

1. From using the mark "Cameo," or any other mark that includes or is confusingly similar to "Cameo" (*e.g.*, "Cameos," "CameoVideo," "Kameo"), as the name of any product, service, feature, or functionality within Defendants' Sora AI video generation products and services or any successor video generation products or services however named, as well as in any related marketing, promotional, or distribution channel (*e.g.*, websites, social media accounts, iOS App Store), in commerce in the United States of America.

This temporary restraining order shall expire on December 22, 2025, at 5:00 p.m.

Defendants are ORDERED TO SHOW CAUSE why a preliminary injunction should not issue. A hearing on the Order to Show Cause is scheduled for December 19, 2025, at 11:00 a.m. Pursuant to stipulation, the briefing schedule as to the Order to Show Cause is as follows: Plaintiff's deadline to produce additional evidence is December 1, 2025, at 5:00 p.m. Defendants' opposition brief is due December 5, 2025. Plaintiff's reply brief is due December 12, 2025.

1  Parties' deadline to exchange and submit any demonstratives the parties intend to use at the
2  hearing is December 17, 2025, at noon.
3  **IT IS SO ORDERED.**
4  Dated:  November 21, 2025

Eumi K. Lee
United States District Judge