UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARON APP, INC. D/B/A/ CAMEO,<br><br>    Plaintiff,<br><br>    v.<br><br>OPENAI, INC., et al.,<br><br>    Defendants. | Case No. 25-cv-09268-EKL<br><br>**PRELIMINARY INJUNCTION** |

On February 14, 2026, the Court granted Plaintiff's motion for a preliminary injunction. Therefore, IT IS HEREBY ORDERED that Defendants and all of their officers, directors, and employees are restrained and enjoined as follows:

1. From using the mark "Cameo," or any other mark that includes or is confusingly similar to "Cameo" (*e.g.*, "Cameos," "CameoVideo," "Kameo"), as the name of any product, service, feature, or functionality within Defendants' Sora AI video generation products and services or any successor video generation products or services however named, as well as in any related marketing, promotional, or distribution channel (*e.g.*, websites, social media accounts, iOS App Store), in commerce in the United States of America.

The preliminary injunction shall remain in effect until further order of the Court. The Court FURTHER ORDERS that Baron App., Inc. shall post a bond in the amount of $100,000 with the Clerk of Court, and must file proof of the bond by February 21, 2026.

**IT IS SO ORDERED.**

Dated: February 14, 2026

_____
Eumi K. Lee
United States District Judge