UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BARON APP, INC. D/B/A/ CAMEO,

Plaintiff,

v.

OPENAI, INC., et al.,

Defendants.

Case No. 25-cv-09268-EKL

**AMENDED CASE MANAGEMENT & SCHEDULING ORDER**

On October 14, 2026, the parties appeared before Judge Eumi K. Lee for a further case management conference. The Court also reviewed the parties' joint case management statement. ECF No. 99. The Court ORDERS that the following schedule and deadlines shall apply to this case.

| Event | Prior Deadline | Amended Deadline |
|---|---|---|
| Close of fact discovery | December 4, 2026 | May 7, 2027 |
| Expert witness disclosure (initial) | January 15, 2027 | June 18, 2027 |
| Expert witness disclosure (rebuttal) | February 12, 2027 | July 16, 2027 |
| Close of expert discovery | March 5, 2027 | August 6, 2027 |
| Close of briefing on dispositive and Daubert motions | May 14, 2027 | October 13, 2027 |
| Last day to hear dispositive and *Daubert* motions[1] | June 16, 2027 | November 10, 2027 |

[1] Briefing on dispositive and related *Daubert* motions must close at least 28 days before the

United States District Court
Northern District of California

| Event | Prior Deadline | Amended Deadline |
|---|---|---|
| Pretrial conference | September 15, 2027 | February 9, 2028 |
| Jury trial (est. 5 days) | October 18, 2027 | March 6, 2028 |

The parties may not modify these dates without leave of court. Civil L.R. 6-1(b); Fed. R. Civ. P. 16(b)(4).

**IT IS SO ORDERED.**

Dated: October 16, 2026

Eumi K. Lee
United States District Judge

United States District Court
Northern District of California

hearing date.